UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANSLEM J. ALEXANDER

                Plaintiff,

-against-


MICHAEL J. ASTRUE,
*Commissioner of Social Security*

                Defendant.

----------------------------------------------------------------X

**ORDER**

**09-CV-2279 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

      Charles E. Binder, counsel to Plaintiff Anslem J. Alexander in the above-titled case, moves the court for an award of attorney fees in the amount of $ 7,600.00 in accordance with 42 U.S.C. § 406(b). (Def. Letter (Docket Entry # 16).) Defendant does not oppose this request. (Id.) The court referred this request to Magistrate Judge Steven M. Gold for report and recommendation. (Order Referring Mot. (Docket Entry of May 19, 2011).) Judge Gold has since issued his Report and Recommendation ("R&R"), in which he recommended granting the requested award. (Docket Entry #17.)

      No party has objected to Judge Gold's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Accordingly, the court reviews Judge Gold's R&R for clear error. See 28 U.S.C. § 636(b)(1). Having reviewed Judge Gold's R&R, the court adopts it in its entirety. Therefore, the court GRANTS Mr. Binder's request for an award of a fee of $7,600.00.

SO ORDERED.

Dated: Brooklyn, New York
       November _3_, 2011

                s/Nicholas G. Garaufis
                NICHOLAS G. GARAUFIS
                United States District Judge